respondent, violated the parol evidence rule, and whether certain testimony given by the plaintiff was testimony as to a conclusion of fact and usurped the function of the jury.

*Jacob I. Goodstein* for appellant.

*Benjamin Pepper* and *M. L. Malevinsky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: POUND and LEHMAN, JJ. Absent: CARDOZO, J.

---

In the Matter of the Claim of ANTHONY SWIHURA against ALEXANDER HOROWITZ, Respondent.

STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — master and servant — claim dismissed when at time of accident claimant was engaged in an illegal employment.*

*Swihura* v. *Horowitz*, 215 App. Div. 740, affirmed.

(Argued January 19, 1926; decided February 24, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 10, 1925, reversing an award of the State Industrial Board, made under the Workmen's Compensation Law, and dismissing the claim. Claimant testified that he was employed by defendant to deliver barrels and cases containing liquor and beer and that while riding in an automobile in the performance of his duties he was injured. The Appellate Division dismissed the claim on the ground that it appeared by claimant's own testimony that at the time of the accident he was engaged in an illegal employment.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for appellant.

*Sydney D. Robins* and *Samuel W. Levine* for respondent.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.